# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SHARON MEYER,<br><br>                           Plaintiff,<br>v.<br><br>FINANCIAL RECOVERY<br>SERVICES, INC.,<br><br>                           Defendant. | Case No. 17-CV-963-JPS<br><br><br>**ORDER** |

On October 18, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs assessed to either party. (Docket #16). The Court herewith adopts that notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #16) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice and without costs.**

Dated at Milwaukee, Wisconsin, this 20th day of October, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge